UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANA DOROTHY MORAN,<br><br>        Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>        Defendant. | CASE NO. 2:15-cv-00803 RJB JRC<br><br>REPORT AND RECOMMENDATION ON STIPULATED MOTION FOR REMAND |

This matter has been referred to Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Magistrates Rule MJR 4(a)(4), and as authorized by *Mathews, Secretary of H.E.W. v. Weber*, 423 U.S. 261 (1976). This matter is before the Court on defendant's stipulated motion to remand the matter to the administration for further consideration (Dkt. 20).

After reviewing defendant's stipulated motion and the relevant record, the undersigned recommends that the Court grant defendant's motion, and reverse and remand this matter to the

Acting Commissioner (Commissioner) for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g), for a new hearing and a new decision.

On remand, the Administrative Law Judge should offer plaintiff the opportunity for a new hearing; evaluate further the severity of all impairments, including plaintiff's diabetes and diabetic neuropathy; consider or reconsider and properly address all medical source assessments; evaluate further plaintiff's residual functional capacity; if necessary, obtain vocational expert testimony; and issue a new decision.

Following proper request to the Court, plaintiff should be entitled to reasonable attorney fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

Given the facts and the parties' stipulation, the Court recommends that the District Judge immediately approve this Report and Recommendation and order that the case be **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

JUDGMENT should be entered for plaintiff and the case closed.

Dated this 26th day of January, 2016.

J. Richard Creatura
United States Magistrate Judge